UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         Criminal Case No. 14-CR-20445

    Plaintiff,                                   HON. JOHN CORBETT O'MEARA

    v.

D-1   TERRY TACKETT,
D-2   KIMBERLY TACKETT,
D-3   JESSICA TACKETT,

    Defendants.

_____/

## PROTECTIVE ORDER REGARDING PRODUCTION OF BANKING, TAX AND ACCOUNTING RECORDS

The parties having filed a joint motion pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure for entry of a Protective Order, and the Court having considered the motion and supporting brief;

**IT IS HEREBY ORDERED** that the government shall produce unredacted copies of tax returns, tax payer information, tax records, accounting records and banking records to defendants through their counsel of record in this proceeding.

IT IS FURTHER ORDERED that the subject tax returns, tax payer information, tax records, accounting records and banking records shall only be disclosed to and reviewed by the Defendants, their respective counsel of record,

investigators and experts retained by defense counsel and defense counsel's support staff. No person shall provide or disseminate those materials or the information contained in those materials to any party not specifically described in this Order. Any unauthorized disclosure may constitute a violation of this Court's Order.

IT IS FURTHER ORDERED that any filings that include or refer to any of the subject tax returns, tax payer information, tax records, accounting records or banking records, which filings contain social security numbers, tax identification numbers, dates of birth, the names of individuals known to be minors, financial accounts or home addresses of parties or non-parties, shall be filed in compliance with Rule 49.1 of the Federal Rules of Criminal Procedure and the Electronic Filing Policies and Procedures of the United States District Court for the Eastern District of Michigan.

IT IS FURTHER ORDERED that, subject to the motion cutoff date set by this Court, the defendant shall have the right to file a motion seeking to modify the terms of this Order at any time.

Date: March 26, 2015             s/John Corbett O'Meara
                                                     United States District Judge

I hereby certify that a copy of this order was served upon counsel of record on this date, March 26, 2015, using the Court's ECF system.

                                                     s/William Barkholz
                                                     Case Manager